MEMORANDUM OPINION

 

No. 04-11-00309-CV

 

Carole SMOYER-DIETRICH,

Appellant

 

v.

 

Howard R. DIETRICH,

Appellee

 

From the 166th
Judicial District Court, Bexar County, Texas

Trial Court No. 2010-CI-16596

Honorable Martha
Tanner, Judge Presiding

 

PER CURIAM

 

Sitting:          Rebecca Simmons,
Justice

                     Steven
C. Hilbig, Justice

                     Marialyn
Barnard, Justice

 

Delivered and
Filed:  July 13, 2011

 

DISMISSED

 

Appellant has filed a
motion to dismiss this appeal.  The appellee was served with a copy of
appellant’s motion; the appellee has not filed a response.  Therefore, we grant the motion and dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1). 
Costs of this appeal are taxed against the appellant.  See id. 42.1(d).

PER
CURIAM